## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID JOHNSON**                                                                                            **PLAINTIFF**

**v.**                                          **5:07CV00157-WRW**

**PORT CITY JANITORS' SUPPLY &**
**PAPER COMPANY**                                                                                        **DEFENDANT**

## JUDGMENT

Based on an Order, entered this date, granting Defendant's Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of July, 2008.

                                                                    /s/Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE