IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID JOHNSON**                                                                                   **PLAINTIFF**

**v.**                                       **5:07CV00157-WRW**

**PORT CITY JANITORS' SUPPLY &**
**PAPER COMPANY, INC.**                                                    **DEFENDANT**

## <u>ORDER</u>

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 25). Defendant has responded (Doc. No. 27).

Defendant's Motion for Summary Judgment was granted[1] after Plaintiff did not file a response, despite multiple extensions. Plaintiff filed a late Response[2] almost simultaneously with the entry of the Order granting summary judgment, as well as this Motion to Reconsider. I have reviewed both. Plaintiff's Motion to Reconsider is DENIED.

IT IS SO ORDERED this 24th day of July, 2008.

                                                         /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 22.

[2] Doc. No. 20.